IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY JORDAN,

    Plaintiff,

v.                                                                    No. 11-cv-176-DRH-CJP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

## ORDER

HERNDON, Chief Judge:

On March 11, 2011, plaintiff Nancy Jordan filed this action against the commissioner of social security (Doc. 9). Specifically, plaintiff sought judicial review of a final agency decision finding that she was not disabled and denying her Disability Insurance Benefits (DIB). On December 21, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford Proud submitted a Report and Recommendation (R&R) (Doc. 26), recommending that the Court reverse the commissioner's final decision and further recommending that the Court remand the matter to the agency for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The R&R was sent to the parties with a notice informing them of their right to appeal through the filing of "objections" by January 9, 2012. To date, none of

the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the R&R (Doc. 26) in its entirety. The decision of the commissioner finding plaintiff was not disabled and therefore not entitled to receive DIB is, pursuant to sentence four of 42 U.S.C. § 405(g), hereby **REVERSED** and **REMANDED** back to the agency for rehearing and reconsideration of evidence, consistent with the issues addressed in the R&R.

**IT IS SO ORDERED.**

Signed this 10 day of January, 2012.

David R. Herndon
2012.01.10
14:27:02 -06'00'

**Chief Judge**
**United States District Court**