**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**NANCY JORDAN**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**                                    **No. 11-CV-176-DRH**

## JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.**  This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 10, 2012, the Court **REVERSES** the Commissioner's decision and **REMANDS** the case back to the agency for rehearing and reconsideration of evidence.--------------------------------------------------------------------------------

        **NANCY J. ROSENSTENGEL,
CLERK OF COURT**


        **BY:_____*s/Sandy Pannier*_____
          Deputy Clerk**

Dated: January 10, 2012

David R. Herndon
2012.01.10
15:50:18 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT